IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv84-RJC-DSC

| | |
|---|---|
| BILL RAYBURN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FNU WALL, Sergeant; FNU HEH, Sergeant; )<br>FNU WILKES, C.O.; and FNU BILES, C.O., )<br>)<br>Defendants. )<br>_____) | ORDER |

**THIS MATTER** is before the Court on initial review of Plaintiff's Complaint under 42 U.S.C. § 1983, filed March 2, 2010. (Doc. No. 2).

Plaintiff alleges in his Complaint that while he was a prisoner at Lanesboro Correctional Institution, the defendants used excessive force against him and subjected him to cruel and unusual punishment. The Court has screened the complaint under 28 U.S.C. § 1915A and finds it states cognizable claims. The Defendants should thus file an Answer detailing and responding to each of Plaintiff's allegations.

**IT IS, THEREFORE, ORDERED** that:

1) The Clerk shall issue summons and deliver it forthwith to the U.S. Marshals, who shall make service of process without additional cost; and

2) Defendants shall file an Answer to Plaintiff's Complaint in accordance with the Federal Rules of Civil Procedure.

**SO ORDERED**.

Signed: April 24, 2010

Robert J. Conrad, Jr.
Chief United States District Judge