IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**3:10cv84-RJC-DSC**

| | | |
|---|---|---|
| BILL RAYBURN | ) | |
|     Plaintiff | ) | |
| | ) | |
|     v. | ) | NOTICE OF DISMISSAL |
| | ) | Fed. R. Civ. Proc. R. 41(a)(1)(A)(i) |
| SGT. WALL, SGT. HEH, C.O. WILKES | ) | |
| AND C.O. BILES, | ) | |
|     Defendants | ) | |

Comes the Plaintiff, by counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and dismisses this action with prejudice.

This June 1, 2010.

    /s/ J. Phillip Griffin
    J.Phillip Griffin
    NCSB No. 14436
    Attorney for Plaintiff
    N.C. Prisoner Legal Services, Inc.
    Post Office Box 25397
    Raleigh, North Carolina 27611
    (919) 856-2200
    (919) 856-2223 (Fax)
    Email: pgriffin@ncpls.org

CERTIFICATE OF SERVICE

      I certify that on June1, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Lisa Y. Harper
>Assistant Attorney General
>Attorney for Defendants
>N.C. Department of Justice
>P.O. Box 629
>Raleigh, North Carolina 27602-0629
>Tel. (919) 716-6500
>email: lharper@ncdoj.gov

This June 1, 2010.

                                s/s  J.Phillip Griffin